NATALIE GEORGER JEWETT, as Administratrix, etc., Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

JESSE G. W. KREISS, Respondent, v. ÆTNA LIFE INSURANCE COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred, except Merrell and De Angelis, JJ., who dissented and voted for reversal and dismissal of the complaint.

MABEL L. LUTHER, by FRANKLIN L. METCALF, Her Guardian ad Litem, Respondent, v. CITY OF DUNKIRK and Others, Appellants, Impleaded with Another.— Judgment and order affirmed, with costs. All concurred.

JOHN GEIGER, SR., Appellant, v. FRED C. BROOKS and Another, Respondents.— Judgment affirmed, with costs. All concurred.

WESTERN ASBESTOS MAGNESIA COMPANY, Respondent, v. JOHN W. DANFORTH COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

JOSEPHINE C. CASE, Respondent, v. PHILIP A. CASE, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

VINCENZO GUARINO, Respondent, v. LUISA GUGINO, as President of the CONGREGA DELLA MADRE ADDOLORATA OF BUFFALO, NEW YORK, Appellant.— Order and judgment modified so as to direct a new trial in Buffalo City Court, with costs to plaintiff in this court and in the Special Term to abide the event. All concurred.

MARY E. CAMERON, Respondent, v. NATIONAL CASUALTY COMPANY, Appellant.— Order modified so as to require that the plaintiff furnish the defendant with a bill of particulars as to the place and agency where the several payments of premiums by the insured are claimed to have been made, and as so modified affirmed, without costs of this appeal to either party. All concurred.

BERT G. TIFFANY and Another, Doing Business under the Firm Name, etc., Respondents, v. ALMA J. LEET and Others, as Administrators, etc., Appellants, Impleaded with Others.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, but without prejudice to another application by plaintiffs upon proper papers to amend their complaint, if so advised, upon the authority of Quarantiello v. Grand Trunk R. Co. (145 App. Div. 138). All concurred; Lambert, J., not sitting.

FRANK B. HODGES and Others, as Trustees, etc., Respondents, v. SALT SPRINGS NATIONAL BANK, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred; Lambert, J., not sitting.

WILLIAM H. EDWARDS and Others, Respondents, v. THE PEOPLE OF THE STATE OF NEW YORK and EDWARD F. STEIN, as Administrator, etc., Appellants.— Motion of defendant Stein for leave to appeal to Court of Appeals granted.

AMERICAN WOOLEN COMPANY OF NEW YORK, Plaintiff, v. MICHAEL C. SIMON, Defendant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

EMBALMERS SUPPLY COMPANY, Appellant, v. FRANK N. ROWE, Respondent.— Motion for reargument denied, with ten dollars costs.